**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JASON QUESNEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CRF-08-0413-AWI |
|---|---|
| Plaintiff, | ORDER TO ALLOW DEFENDANT, JASON QUESNEL, TO TRAVEL FRESNO, CA |
| vs. | |
| JASON QUESNEL, | |
| Defendant. | |

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the pretrial conditions of release are modified to allow Defendant, JASON QUESNEL, to travel to Fresno, California, on April 26, 2012. Defendant is to return to his residence on April 28, 2012.

IT IS SO ORDERED.

Dated: _____April 24, 2012_____    _/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE