1 **RICHARD P. BERMAN #55462**
**Law Office of Richard P. Berman**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JASON QUESNEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: CRF-08-0413-AWI** |
| **Plaintiff,** | **STIPULATION TO REMOVE SUPPRESSION HEARING FROM CALENDAR AND SET STATUS CONFERENCE; ORDER** |
| **vs.** | |
| **JASON QUESNEL,** | |
| **Defendant.** | |

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, JASON QUESNEL, through his attorneys of record, Richard P. Berman and Eric H. Schweitzer, hereby agree and stipulate that Defendant, JASON QUESNEL's, May 21, 2012, Motion to Suppress Hearing be taken off calendar to allow for further settlement negotiations.

The parties base this stipulation on good cause in that defense counsel has been out on medical leave and swamped with work upon return.  Defense counsel has been consulting with an expert and needs additional time to effectively represent the Defendant.  Counsel firmly believes that matter will be resolved without trial if the opportunity to do so is allowed.  The

1 | parties will place the case back on calendar when settlement
2 | negotiations have been completed.  In the event such negotiations
3 | are not complete by July 9, 2012, the parties request a status
4 | conference set on that date.

Any delay resulting from this continuance shall be excluded in the interests of justice, and the ends of justice in endorsing this stipulation through formal order outweigh the interests of defendant and the public in a speedy trial.  See 18 U.S.C. sections 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO STIPULATED.

Dated: May 16, 2012.          Respectfully submitted,

                              LAW OFFICE OF RICHARD P. BERMAN


                              By  /s/ RICHARD P. BERMAN
                                  RICHARD P. BERMAN for
                                  RICHARD P. BERMAN and ERIC
                                  H. SCHWEITZER,
                                  Attorneys of Record for
                                  Defendant, JASON QUESNEL

Dated: May 16, 2012.          BENJAMIN B. WAGNER
                              United States Attorney


                              By /s/ BRIAN W. ENOS
                                  BRIAN W. ENOS
                                  Assistant U.S. Attorney




**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the suppression hearing in this matter set for May 21, 2012, at 1:30 p.m. be taken off calendar,

///

1 | and a status conference is set to take place on July 9, 2012, at
2 | 10:00 a.m.
3 | IT IS SO ORDERED.
4 | Dated:     May 18, 2012            /s/ signature
5 |                            CHIEF UNITED STATES DISTRICT JUDGE